Nh

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAR - 2 2018 KD

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AnThony Zafiro
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Terri Chavez, Star # 11578,

Hector Morales Star # 13068.

Case No: 17CV8765
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

\_✓\_  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

\_\_\_  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

\_\_\_  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.**    **Plaintiff(s):**

    A.    Name: **Anthony Zafiro**

    B.    List all aliases: **N/A**

    C.    Prisoner identification number: **M-20971**

    D.    Place of present confinement: **Robinson Correctional Center**

    E.    Address: **13423 East 1150th Ave Robinson, IL 62454**

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: **Terri Chavez Star #11578**

          Title: **Police Officer**

          Place of Employment: **Chicago Police Department**

    B.    Defendant: **Hector Morales Star #13068**

          Title: **Police Officer**

          Place of Employment: **Chicago Police Department**

    C.    Defendant: _____

          Title: _____

          Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _N/A_

    B. Approximate date of filing lawsuit: _N/A_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

    D. List all defendants: _N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

    F. Name of judge to whom case was assigned: _N/A_

    G. Basic claim made: _N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 13, 2015 Approximately 6:30pm Plaintiff Anthony Zafiro was walking out of an ally from the train station near 1923 N Campbell Ave. Plaintiff was stopped, searched, and arrested by Defendent Terri Chavez, star# 11578 - Driver - and Defendent Hector Morales, star# 13068 - Passenger. Defendent Morales Then got out of the passenger side of the Car and said Anthony Come here. Plaintiff then walked to Defendent's with his hands up. Defendent Terri Chavez Star# 11578 then Conducted a stop and Frisk pat down of person and found Nothing. Defendent Hector Morales star# 13068 then Said "what do you have on you do you have any drugs or guns on you i haven't seen you in a while". Defendent then ask Plaintiff if he could search his bookbag Plaintiff then said "No. Defendent Morales then snatched it off Plaintiff arm and upon searching the bookbag Defendent

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Morales then found a gun. Plaintiff has had previous contact with officers, stated in Complaint and is also Known by the Officers and on the date in question plaintiff was walking from the train station when Officials recognized Plaintiff and without any reasonable suspicious or probable Cause Conducted a stop-n-frisk in an attempt to "harass" Plaintiff and found nothing during the Frisk lead to a unreasonble search and Seizure. Officials used an excuse of a non-existing 911 call, which was "Conviniently lost". Plaintiff argues that officers falsified the arresting evidence used to search the Plaintiff violating his "Constitutional" "Rights" to be free from illegal search and seizures and fourthteen Amendent claim for false arrest and illegal Detention. Upon Motion to Quash Arrest and suppress Evidence it was found that Defendents actions violated Plaintiffs 4th Amendments rights to be secure from unreasonable search and seizure.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

The Plaintiff is asking the Courts in the amout of Ten million dollars for wrongful incarceration Compensatory Damages, punitive Damages Emotional Distress, pain and Suffering, Injunction which prevents the Defendants for violating my Constitional Rights again.

**VI.**  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __23__ day of __2__, 20__18__

2\23\18

OFFICIAL SEAL
JESSICA HELDEBRANDT
Notary Public - State of Illinois
My Commission Expires 12/13/2020

_Anthay Zefiro_
(Signature of plaintiff or plaintiffs)

AnThony Zafiro
(Print name)

M20971
(I.D. Number)

13423 East 1150th Ave
Robinson, IL 62454
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Anthony Zafiro #M20971
Robinson-R.C.C
13423 East 1150th Avenue
Robinson, IL. 62454
THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPT OF CORRECTIONS

03/02/2018-9

2018 MAR -2 PM 3:17

Prisoner Correspondence
Clerk's Office U.S. District Court
219 South Dearborn street 20th Floor
Chicago, IL 60604